# BOND SCHOENECK & KING

Westchester Office:  10 Bank Street, Suite 1120 | White Plains, NY  10606 | bsk.com
New York City Office:  600 Third Avenue, 22nd Floor | New York, NY 10016-1915

AYANNA Y. THOMAS, ESQ.
athomas@bsk.com
P: 914.306.7825
F: 646.253.2301

January 24, 2024

**VIA ECF**

Hon. Kenneth M. Karas, United States District Court Judge
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    *Harrison School District v. C.S. and E.L. o/b/o their minor child, M.L.*
       Civil Action No.  23-cv-08182

Dear Judge Karas:

Pursuant to Your Honor's Memo Endorsement (Doc. 18), Plaintiff's brief is currently due on January 26, 2024.  I am writing, on consent of Respondent's counsel, to request a brief extension of time to submit Plaintiff's brief to **February 9, 2024**.  This is Plaintiff's first request for an extension of time.

The schedule for Respondent's brief and Plaintiff's reply shall remain the same:

- Respondent's brief due March 22, 2024
- Plaintiff's reply brief due April 26, 2024

Thank you for your consideration.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Ayanna Y. Thomas
Member

AYT/dd

cc:    Michael Mastroangelo, Esq.

Granted, but there will be no further such extensions.

So Ordered.

1/24/24

17143850.1 1/24/2024