**LAW OFFICE OF**
# NEAL H. ROSENBERG

111 JOHN STREET, 22ND FLOOR
NEW YORK, NEW YORK 10038

TELEPHONE: (212) 732-9450
TELECOPIER: (212) 571-9893
neal.rosenberg@nyedlaw.com

March 12, 2024

VIA ECF
Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

RE: *Harrison School District v. C.S. and E.L. o/b/o their minor child, M.L.*
Civil Action No. 23 CIV 08182
Request for Motion Scheduling

Dear Judge Karas,

This office represents the Respondents, C.S. and E.L. ("the Parents"), in the above-referenced action in which the Plaintiff School District challenges the decision of the New York State Review Officer ("SRO") in SRO Case No. 23-056, by which the SRO reversed the decision of the Impartial Hearing Officer, in part, and awarded partial tuition reimbursement to the Parents for the cost of the unilateral placement at a private school for the 2020-2021 school year.

On January 24, 2024, Plaintiff's Counsel filed a request to extend the submission date of their brief to February 9, 2024.

Prior to Plaintiff's Counsel's request, she and I had discussed and agreed that the submission dates for all subsequent briefs would also be extended by two weeks. However, the Plaintiff's letter requesting an extension did not include the two-week extension for the Respondent's brief and the Plaintiff's reply brief.

I am writing to request, on consent of Plaintiff's counsel, that the schedule for the remaining brief submission be extended by two weeks.

The requested schedule is as follows:

- Respondent's brief due April 5, 2024
- Plaintiff's reply brief due May 10, 2024

Thank you for your consideration.

Respectfully submitted,

_____/s/_____/s/_____
Neal Rosenberg and Michael Mastrangelo


CC: Via Email
    Sara Richmond, Esq.
    srichmond@bsk.com
    Ayanna Thomas, Esq.
    athomas@bsk.com

Granted.

So Ordered.

3/12/24