# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

THE BOARD OF EDUCATION OF THE
HARRISON CENTRAL SCHOOL DISTRICT,

                        Plaintiff,                    23 **CIVIL** 8182 (KMK)

      -against-                          **<u>JUDGMENT</u>**

C.S. and E.L., on behalf of their minor child,
M.L.,

                       Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 20, 2024, the District's Motion is granted in part and denied in part. Specifically, the Motion is granted to the extent that Parents are now awarded 50% of the reimbursement that they seek from the District. Thus—given that it is undisputed that they paid $70,110.00 for M.L.'s 2020–21 tuition at Eagle Hill, (see Hearing Tr. 484:24–25)—the Parents are awarded $35,055.00; accordingly, the case is closed.

**Dated:**  New York, New York
           September 20, 2024

                                                         **DANIEL ORTIZ**
                                                   **Acting Clerk of Court**

                                **BY:**

                                                    **Deputy Clerk**